UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN W. MUNDO,<br><br>        Plaintiff,<br><br>   v.<br><br>NELL CHRISTENSEN, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-00994-APG-NJK<br><br>**ORDER DISMISSING CASE** |

      Plaintiff Jonathan Mundo sues two state prosecutors and two state judges related to their participation in criminal proceedings against him in Nevada state court. ECF No. 1-1.  I previously granted Mundo leave to file an amended complaint on or before February 9, 2017. ECF No. 9.  I advised Mundo that if he did not file an amended complaint by February 9, 2017, this case will be closed without prejudice.  Mundo did not file an amended complaint and my prior order was returned in the mail. ECF No. 10.

      IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

      DATED this 3rd day of April, 2017.

                                           ANDREW P. GORDON
                                           UNITED STATES DISTRICT JUDGE